IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK VAN'S AUTO TAG, LLC,<br>*Plaintiff* | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | |
| SELECTIVE INSURANCE COMPANY<br>OF THE SOUTHEAST,<br>*Defendant* | : <br> : <br> : | No. 20-2740 |

**ORDER**

AND NOW, this 28th day of January, 2021, upon consideration of the Complaint (Doc. No. 1), Defendant's Motion to Dismiss (Doc. No. 6), Plaintiff's Response in Opposition to the Motion to Dismiss (Doc. No. 7), and Defendant's Reply in Further Support of its Motion (Doc. No. 15), it is **ORDERED** that:

1. The Motion (Doc. No. 6) is **GRANTED WITHOUT PREJUDICE**.

2. Plaintiff is **GRANTED** leave to file an amended complaint within 60 days of entry of this Order.

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE