IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK VAN'S AUTO TAG, LLC, | : CIVIL ACTION |
| Plaintiff, | : Case no. 2:20-cv-02740-TJS |
| v. | : |
| SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Frank Van's Auto Tag, LLC, by and through undersigned counsel, voluntarily dismisses this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party will bear its own costs and attorney's fees.

Dated: January 20, 2023

                                          */s/*Marc *H. Edelson*
                                          Marc H. Edelson (PA 51834)
                                          Edelson Lechtzin LLP
                                          411 S. State Street, Suite N-300
                                          Newtown, PA 18940
                                          Telephone (215) 867-2399

                                          Jonathan Shub (PA 53965)
                                          Shub Law Firm LLC
                                          134 Kings Highway East, 2nd Floor
                                          Haddonfield, NJ 08033
                                          Telephone: 856-772-7200

Joshua H. Grabar (PA 82525)
Grabar Law Office
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
 *Attorneys for Plaintiff*